UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 07-cv-219-JM |
| DAVID C. DRUMMOND,<br>JOHN P. HAYES,<br>PATRICK E. MURPHY, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## FINAL JUDGMENT

Defendants David C. Drummond ("Drummond"), John P. Hayes ("Hayes"), and Patrick E. Murphy ("Murphy") each having: (i) executed a Consent to Final Judgment which is attached hereto and hereby incorporated by reference, and consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint; (ii) entered a general appearance; (iii) consented to the Court's jurisdiction over himself and over the subject matter of this action; (iv) waived findings of fact and conclusions of law; (v) waived any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other comparable provision of law; and (vi) waived any right to appeal from this Final Judgment and any basis for objecting to enforcement of the Final Judgment:

1

**I.**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. §78u(d)(3)], the defendants shall pay the following civil monetary penalties:

1. Drummond, $125,000;

2. Murphy, $100,000;

3. Hayes, $75,000.

Within ten days of entry of this Final Judgment, each defendant shall make the payment by United States postal money order, certified check, bank cashier's check or bank money order payable to the Securities and Exchange Commission. Each defendant shall mail the payment to the Comptroller, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Alexandria, Stop 0-3, VA 22312 under cover of a letter that identifies the particular defendant, the name and number of this action, and the name of this Court. Each defendant shall mail a copy of the payment and the accompanying cover letter to Carlos Costa-Rodrigues, Esq., Senior Counsel, Securities and Exchange Commission, 33 Arch Street, 23rd Floor, Boston, MA 02110.

**II.**

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over each defendant as a party to this matter for all purposes,

including the implementation and enforcement of this Final Judgment.

DONE AND ORDERED at Concord, New Hampshire, this 23 day of July, 2007.

/s/James R. Muirhead
United States Magistrate Judge